LAW OFFICE OF RON BOCHNER
Ron K. Bochner - 160093
3333 Bowers Avenue, Suite 130
Santa Clara, California 95054
(408) 200-9890
FAX: (510) 740-3699
robolaw@justice.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DIVISION OF CALIFORNIA

| | |
|---|---|
| RICHARD HOWARD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO FINANCIAL ACCEPTANCE, WELLS FARGO AUTO FINANCE, INC., WELLS FARGO FINANCIAL CAR, LLC, and DOES 1-50,<br><br>　　　　Defendants.<br>_____/ | Case No. C07-05881 EDL<br><br>NOTICE OF PENDENCY OF OTHER ACTION<br><br>(LOCAL RULE 3-13) |

　　　Pursuant to Civil Local Rule 3-13, plaintiff RICHARD HOWARD ("plaintiff") respectfully submits this Notice of Pendency of Other Action. This action may involve a material part of the same subject matter and substantially all of the same parties as a pending state court action.

　　　This is a Fair and Accurate Credit Transactions Act (formerly Fair Credit Reporting Act) case. Defendants WELLS FARGO FINANCIAL ACCEPTANCE, WELLS FARGO AUTO FINANCE, INC., WELLS FARGO FINANCIAL CAR, LLC, ("Wells Fargo") are alleged to have furnished inaccurate information that found its way on to plaintiff's Trans Union, LLC

1 credit report. Trans Union, LLC is being sued by plaintiff in the case of Howard v. Trans Union, LLC, State of California, Contra Costa County Superior Court for failing to properly reinvestigate his dispute, failing to follow reasonable procedures to assure the maximum possible accuracy of the information it reports and/or failing to maintain reasonable procedures to prevent the reappearance in a consumer's file and in consumer credit reports information that has been deleted in the form of a class action.

It is not believed that coordination is necessary at this time. The issues of Wells Fargo's furnishing of information and Trans Union's reporting of it are relatively discrete. Any overlap would be better handled by stipulations among and between the parties, for instance, regarding discovery procedures.

December 22, 2007                    LAW OFFICE OF RON BOCHNER


                                     BY _____
                                     RON K. BOCHNER
                                     Attorney for Plaintiff
                                     Richard Howard