1  DONALD J. QUERIO (State Bar No. 54367)
   djq@severson.com
2  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
3  PETER H. BALES (State Bar No. 251345)
   phb@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
7

8  Attorneys for Defendants
   WELLS FARGO FINANCIAL
   ACCEPTANCE, WELLS FARGO AUTO
9  FINANCE, INC., WELLS FARGO
   FINANCIAL CAR, LLC
10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13

14  RICHARD HOWARD,                    Case No.: C07-05881 EDL

15        Plaintiff,

16     vs.                             **CERTIFICATION AS TO
                                        INTERESTED PARTIES**
17  WELLS FARGO FINANCIAL
    ACCEPTANCE, WELLS FARGO AUTO
18  FINANCE, INC., WELLS FARGO         Complaint Date: November 20, 2007
    FINANCIAL CAR, LLC, and DOES 1-50,
19
          Defendants.
20

21

22        The undersigned, counsel of record for Wells Fargo    Financial, certifies that the following

23  listed parties may have a pecuniary interest in the    outcome of this case. These representations are

24  made to enable the Court to evaluate possible disqu    alification or recusal.

25        1.      Wells Fargo Financial Acceptance.

26        2.      Wells Fargo Auto Finance, Inc.

27

28

1    3.    Wells Fargo Financial Car, LLC.

2

3    DATED: January 10, 2008                     SEVERSON & WERSON
                                                 A Professional Corporation
4

5

6                                                By: _____/s/ Peter H. Bales_____
                                                           Peter H. Bales

7                                                Attorneys for Defendants
                                                 WELLS FARGO FINANCIAL ACCEPTANCE,
8                                                WELLS FARGO AUTO FINANCE, INC.,
                                                 WELLS FARGO FINANCIAL CAR, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-