```
 1  DONALD J. QUERIO (State Bar No. 54367)
    djq@severson.com
 2  MARK D. LONERGAN (State Bar No. 143622)
    mdl@severson.com
 3  PETER H. BALES (State Bar No. 251345)
    phb@severson.com
 4  SEVERSON & WERSON
    A Professional Corporation
 5  One Embarcadero Center, Suite 2600
    San Francisco, CA 94111
 6  Telephone: (415) 398-3344
    Facsimile: (415) 956-0439
 7
    Attorneys for Defendants
 8  WELLS FARGO FINANCIAL
    ACCEPTANCE, WELLS FARGO AUTO
 9  FINANCE, INC., WELLS FARGO
    FINANCIAL CAR, LLC
10
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOWARD, | Case No.: CO7-05881 EDL |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| WELLS FARGO FINANCIAL ACCEPTANCE, WELLS FARGO AUTO FINANCE, INC., WELLS FARGO FINANCIAL CAR, LLC, and DOES 1-50, | Complaint Date: November 20, 2007 |
| Defendants. | |

Pursuant to Local Rule 6-1, the parties, by and through their respective counsel, hereby stipulate that Defendants Wells Fargo Financial Acceptance, Wells Fargo Auto Finance, Inc., and Wells Fargo Car, LLC ("Defendants") shall have until January 28, 2008, to respond to Plaintiff's complaint.

//

//

07515/0096/654528.1                                  STIPULATION TO EXTEND TIME TO RESPOND
                                                     Case No.: CO7-05881 EDL

1  This stipulation is made after respective counsel for the Plaintiff and for Defendants
2  conferred and agreed that there was good cause to extend the time to respond to the
3  complaint.
4  IT IS SO STIPULATED.

6  DATED: January 10, 2008        SEVERSON & WERSON
                                  A Professional Corporation

                                  By:    /s/ Peter H. Bales
                                            Peter H. Bales

                                  Attorneys for Defendants
                                  WELLS FARGO FINANCIAL ACCEPTANCE,
                                  WELLS FARGO AUTO FINANCE, INC.,
                                  WELLS FARGO FINANCIAL CAR, LLC

14 DATED: January 11, 2008        LAW OFFICE OF RON BOCHNER

                                  By:    /s/ Ron K. Bochner
                                            Ron K. Bochner

                                  Attorney for Plaintiff
                                  Richard Howard

I, Peter H. Bales, am the ECF User whose identification and password are being used to file this STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT. I hereby attest that Ron K. Bochner has concurred in this filing and that I have on file his holographic signature.

Dated: January 11, 2008

-2-