| | |
|---|---|
| 1 | DONALD J. QUERIO (State Bar No. 54367) |
|   | djq@severson.com |
| 2 | MARK D. LONERGAN (State Bar No. 143622) |
|   | mdl@severson.com |
| 3 | PETER H. BALES (State Bar No. 251345) |
|   | phb@severson.com |
| 4 | SEVERSON & WERSON |
|   | A Professional Corporation |
| 5 | One Embarcadero Center, Suite 2600 |
|   | San Francisco, CA 94111 |
| 6 | Telephone: (415) 398-3344 |
|   | Facsimile: (415) 956-0439 |
| 7 | |
|   | Attorneys for Defendants |
| 8 | WELLS FARGO FINANCIAL |
|   | ACCEPTANCE, WELLS FARGO AUTO |
| 9 | FINANCE, INC., WELLS FARGO |
|   | FINANCIAL CAR, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RICHARD HOWARD, | Case No.: CO7-05881 EDL |
|---|---|
| Plaintiff, | Assigned to: Magistrate Judge Elizabeth D. Laporte |
| vs. | **AMENDED CERTIFICATION AS TO INTERESTED PARTIES** |
| WELLS FARGO FINANCIAL ACCEPTANCE, WELLS FARGO AUTO FINANCE, INC., WELLS FARGO FINANCIAL CAR, LLC, and DOES 1-50, | Complaint Date: November 20, 2007 |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

//

//

07515/0096/656656.1    AMENDED CERTIFICATION AS TO INTERESTED PARTIES
Case No.: CO7-05881 EDL

1. Wells Fargo & Company, which is an indirect wholly-owned subsidiary of Wells Fargo & Co., a publicly-held company whose shares are traded on the New York Stock Exchange under the symbol "WFC."

DATED: January 28, 2008

SEVERSON & WERSON
A Professional Corporation

By: /s/ Peter H. Bales
　　　　Peter H. Bales

Attorneys for Defendant
WELLS FARGO FINANCIAL ACCEPTANCE,
WELLS FARGO AUTO FINANCE, INC.,
WELLS FARGO FINANCIAL CAR, LLC