UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD HOWARD

CASE NO. C07-05881 EDL

Plaintiff(s),

v.

WELLS FARGO FINANCIAL ACCEPTANCE,
WELLS FARGO AUTO ACCEPTANCE, WELLS
FARGO AUTO FINANCE, INC., ET AL.

Defendant(s).

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

[X] have not yet reached an agreement to an ADR process

[ ] request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference    February 26, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Ron Bochner | Plaintiff: Howard | (510) 272-0998 | robolaw@justice.com |
| Mark D. Lonergan | Defendant: Wells Fargo | (415) 398-33-44 | mdl@severson.com |
| Peter H. Bales | Defendant: Wells Fargo | (415) 398-33-44 | phb@severson.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: February 5, 2008

Attorney for Plaintiff
Ron Bochner

Dated: February 5, 2008

Attorney for Defendant
Peter H. Bales

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5d)."

NDC-17