UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD HOWARD,

       Plaintiff,

       v.

WELLS FARGO FINANCIAL ACCEPTANCE, et al.,

       Defendants.

_____/

No. C 07-05881 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference currently scheduled for 10:00 a.m. on February 26, 2008, has been **reset to 3:00 p.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. A joint case management statement shall be filed no later than February 19, 2008.

Dated: February 19, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
      Lili M. Harrell
      Courtroom Deputy