1  DONALD J. QUERIO (State Bar No. 54367)
   djq@severson.com
2  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
3  PETER H. BALES (State Bar No. 251345)
   phb@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
7
   Attorneys for Defendant
8  WELLS FARGO FINANCIAL
   ACCEPTANCE MISSOURI, INC.
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13 RICHARD HOWARD,                    Case No.: CO7-05881 EDL

14       Plaintiff,                   **WELLS FARGO'S INITIAL
                                      DISCLOSURES (FED. R. CIV. P. 26(A))**
15    vs.

16 WELLS FARGO FINANCIAL
   ACCEPTANCE, WELLS FARGO AUTO
17 FINANCE, INC., WELLS FARGO
   FINANCIAL CAR, LLC, and DOES 1-50,   Complaint Date: November 20, 2007
18
         Defendants.
19

20       Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Wells Fargo Financial

21 Acceptance Missouri, Incorporated ("Wells Fargo"), sued erroneously as Wells Fargo Financial

22 Acceptance, Wells Fargo Auto Finance, Inc. and Wells Fargo Financial CAR, LLC, hereby

23 makes the following initial disclosures. Wells Fargo has not completed its investigation into this

24 matter and discovery has not been completed. The following disclosures are based on the

25 information presently available to Wells Fargo based on its current understanding of Plaintiff's

26 claims. Wells Fargo reserves the right to supplement or modify these disclosures and to use any

27 additional information, witnesses, or evidence at any time, up to and including trial, as Plaintiff

28

07515/0096/659058.1                               DEFENDANT'S INITIAL DISCLOSURES
                                                  Case No.: CO7-05881 EDL

elaborates on his allegations or identifies witnesses, new information is discovered, or new defenses or theories are developed.

### A. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION.

Wells Fargo identifies the following individuals likely to have discoverable information that it may use to support its claims or defenses and the subjects of information:

1. Plaintiff, Richard Howard

2. Alyson Clement, Operations Manager for Credit Dispute Resolution, at 711 W Broadway Road, Tempe, Arizona 85282, (480) 858-8874, all issues regarding the disputed account.

### B. DOCUMENTS IN WELLS FARGO'S POSSESSION, CUSTODY, OR CONTROL THAT MAY BE USED TO SUPPORT WELLS FARGO'S CLAIMS AND DEFENSES.

Wells Fargo identifies its files relating to account number ****7593. Wells Fargo also possesses other documents which establish that Mr. Howard's name has been removed from this account and will prevent future reporting.

### C. COMPUTATION OF DAMAGES.

Wells Fargo makes no claim for damages in this action.

### D. APPLICABLE INSURANCE AGREEMENT.

Wells Fargo is not aware of any insurance policy that may satisfy any part of any judgment which may be entered in this action.

DATED: February 19, 2008                    SEVERSON & WERSON
                                            A Professional Corporation


                                            By:    /s/ Peter H. Bales
                                                   Peter H. Bales

                                            Attorneys for Defendant
                                            WELLS FARGO FINANCIAL ACCEPTANCE
                                            MISSOURI, INC.

-2-

07515/0096/659058.1                                     DEFENDANT'S INITIAL DISCLOSURES
                                                        Case No.: C07-05881 EDL