**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: February 26, 2008

Case No: **C- 07-05881 EDL**

Case Name: **RICHARD HOWARD v. WELLS FARGO FINANCIAL ACCEPTANCE**

    Attorneys:   Pltf: Ron Bochner      Deft: Peter Bales, Mark Lonergan

    Deputy Clerk: Lili M. Harrell      FTR digital recording: 3:50pm - 4:13pm

**PROCEEDINGS:**                                  **RULING:**

1. Initial Case Management Conference         Held

2.

**ORDERED AFTER HEARING:** Matter referred to the Court's ADR Program for ENE.

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**   6/24/08 at 10:00am for further case management conference.

**PRETRIAL SCHEDULE:**
Last day to add new parties: 3/28/08
Discovery cutoff: 8/18/08
Initial expert disclosure deadline: 10/7/08
Rebuttal expert disclosure deadline: 10/21/08
Expert discovery cutoff: 11/4/08
Dispositive Motion filing deadline:9/2/08
Dispositive Motions hearing date: 10/7/08
Pretrial Conference: 12/16/08
Trial: 1/5/09 at 8:30 a.m., set for 3-5 days.
    [X] Jury  [ ]  Court

Notes: Parties stipulate to amend the complaint to add Wells Fargo Financial
       Acceptance Missouri, Inc. Amended complaint to be filed by 3/4/08.

cc: ADR