# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Howard,<br><br>              Plaintiff(s),<br><br>     v.<br><br>Wells Fargo Financial Acceptance,<br><br>              Defendant(s). | 07-05881 EDL ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Jack Russo**
> Russo & Hale
> 401 Florence St.
> Palo Alto, CA 94301
> 650-327-9800
> jrusso@computerlaw.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-05881 EDL ENE                              - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

3

4  Dated: March 4, 2008

```
                                    RICHARD W. WIEKING
                                    Clerk
                                    by:    Claudia M. Forehand
```

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-05881 EDL ENE                         - 2 -