# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Howard,<br><br>          Plaintiff(s),<br><br>     v.<br><br>Wells Fargo Financial Acceptance,<br><br>          Defendant(s). | 07-05881 EDL ENE<br><br>**Notice Vacating Appointment of Evaluator** |

TO COUNSEL OF RECORD:

   The appointment of Jack Russo to serve as the Evaluator in this matter is vacated. The ADR Unit will appoint another Evaluator to this matter as soon as possible.

Dated: March 28, 2008

                                        RICHARD W. WIEKING
                                        Clerk
                                        by:    Claudia M. Forehand

                                        _____
                                        ADR Case Administrator
                                        415-522-2059
                                        Claudia_Forehand@cand.uscourts.gov

**Notice Vacating Appointment of Evaluator**
07-05881 EDL MED