ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

April 30, 2008

**VIA E-FILING ONLY**

Ron Keith Bochner
Law Office of Ron Bochner
3333 Bowers Avenue, Suite 130
Santa Clara, CA 95054
408-200-9890

Peter H. Bales
Severson & Werson
One Embarcadero Center, Suite 2600
A Professional Corporation
San Francisco, CA 94111
415-398-3344

Re:  Howard v. Wells Fargo Financial Acceptance
     Case No. C 07-05881 EDL ENE

Dear Counsel:

The ADR Program would like to convene a conference call with Robin W. Siefkin, ADR Program Staff Attorney, to discuss the ENE referral. We would like to schedule this for **Wednesday, May 7, 2008 at 9:30 a.m.** Plaintiff's counsel should initiate the call to all participants then call the ADR Program phone conference line 415-522-4603. If you are unavailable at this time, please contact the other participants and provide me with three alternate dates/times everyone is available during the same week.

Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator

/cmf