# Severson & Werson

A Professional Corporation

Mark D. Lonergan
Attorney
mdl@severson.com

One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

May 6, 2008

**VIA HAND DELIVERY**

The Hon. Elizabeth D. Laporte
Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue, Room E, 15th Floor
San Francisco, CA 94102

Re: *Richard Howard v. Wells Fargo Financial Missouri, Inc., et al.*
(N.D. Cal. Case No. C07-05881 EDL)

Your Honor:

We represent defendants Wells Fargo Financial Missouri, Inc., Wells Fargo Financial Acceptance, Wells Fargo Auto Finance, Inc., Wells Fargo Financial Car, LLC ("Wells Fargo") in the above-captioned matter. We are in receipt of the May 5, 2008 letter to Your Honor from Ron Bochner, counsel for plaintiff Richard Howard in the above-captioned matter. We have also reviewed the Court's standing Order Re Discovery Procedures but, respectfully, do not believe that paragraph 9 of that order contemplates that the parties should bring discovery issues to the Court's attention by letter. It is Wells Fargo's understanding that the parties should confer in good faith in an effort to resolve discovery disputes before filing a motion, as required by paragraph 1 of the Order Re Discovery Procedures, Civil Local Rule 37-1(a) and FRCP Rule 37. Such a conference has not yet occurred in this case. Unless Your Honor directs us to do otherwise, Wells Fargo will not respond substantively to Mr. Bochner's letter but will attempt to resolve these discovery issues at the conference which it has requested.

Very truly yours,

*[signature]*

Mark D. Lonergan

MDL:psc

cc: Ron Bochner, Esq. (via facsimile)

07515/0096/669576.2

San Francisco & Orange County

```
                         *** TX REPORT     ***
                         *********************

          TRANSMISSION OK

          TX/RX NO                   3368
          RECIPIENT ADDRESS          7659#075150096#15107403699
          DESTINATION ID
          ST. TIME                   05/06 09:49
          TIME USE                   00'55
          PAGES SENT                 2
          RESULT                     OK
```



# Severson &Werson

A Professional Corporation

Mark D. Lonergan
Attorney at Law
mdl@severson.com

One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

## FACSIMILE TRANSMISSION COVER SHEET

IF YOU DO NOT RECEIVE 2 PAGE(S) (INCLUDING COVER SHEET) PLEASE CALL Mark D. Lonergan AT THE NUMBER LISTED ABOVE.

DATE: May 6, 2008          TIME: 9:48:47 AM          Sent By: vnash

TO:     Ron Keith Bochner, Esq.    **FAX #**          **PHONE #**
                                   (510) 740-3699     (408) 200-9890

FROM:   Mark D. Lonergan

RE:     *Howard v. Wells Fargo Financial Missouri, Inc.*

**CLIENT NAME/NUMBER:** 07515.0096
**SENDER'S ID NUMBER:**   9180

MESSAGE:

Correspondence of today's date.