IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOWARD, | No. C-07-05881 (EDL) |
| Plaintiff, | **ORDER ADVANCING CASE MANAGEMENT CONFERENCE** |
| v. | |
| WELLS FARGO FINANCIAL ACCEPTANCE, et al., | |
| Defendants. / | |

On May 5, 2008, Plaintiff filed a letter regarding discovery issues in this case, to which Defendants responded on May 6, 2008. The parties are ordered to meet and confer in good faith to resolve their discovery disputes before filing any discovery motions. The parties should also confer about extending the time under ADR Local Rule 5-4(b).

The Court's standing order regarding discovery procedures does not contemplate that the parties bring discovery issues like these to the Court's attention via letter. Rather, Paragraph 9 of that order encourages the parties to advise the Court of any matter that may have been delayed due to the Court's own oversight. However, as it appears that this case might be in need of an earlier case management conference, the case management conference scheduled for June 24, 2008 is hereby re-noticed to June 3, 2008 at 10:00 a.m. in Courtroom E, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. An updated joint case management conference statement shall be filed no later than May 27, 2008. The parties may describe their discovery disputes in their

///

///

///

case management conference statement, but should not use the statement as a substitute for filing any motions to compel.

**IT IS SO ORDERED.**

Dated: May 8, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

2