MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
PETER H. BALES (State Bar No. 251345)
phb@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO FINANCIAL
ACCEPTANCE MISSOURI, INC., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOWARD,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO FINANCIAL ACCEPTANCE, WELLS FARGO AUTO FINANCE, INC., WELLS FARGO FINANCIAL CAR, LLC, and DOES 1-50,<br><br>    Defendants. | Case No.: CO7-05881 EDL<br><br>**STIPULATION TO REMOVE ACTION FROM EARLY NEUTRAL EVALUATION**<br><br><br>Complaint Date: November 20, 2007 |

The parties, by and through their respective counsel, hereby stipulate and request the Court to remove this action from its current assignment to Early Neutral Evaluation and recommend this action for Settlement Conference before a Magistrate Judge for the following reasons:

1. Per the Court's February 29, 2008 Case Management and Pretrial Order, this action was referred to the Court's ADR Program for Early Neutral Evaluation.

2. The ADR Program selected an evaluator and on March 28, 2008 the parties had a phone conference with the evaluator. The evaluator disclosed that his firm

maintained its bank account with a Wells Fargo subsidiary, at which point counsel for plaintiff objected to the evaluator.

3. A staff attorney for the ADR program informed the parties that is has been difficult to locate an evaluator who is both experienced in this litigation and does not have a Wells Fargo bank account.

4. Pursuant to ADR local rule 5-4(b), parties are required to complete the Early Neutral Evaluation by May 23, 2008.

5. Due to the difficulties in locating the evaluator and with the deadline approaching to complete the evaluation, the parties request the Court to remove this action from Early Neutral Evaluation and refer the action to a Settlement Conference before a Magistrate Judge or to mediation.

DATED: May 19, 2008                         SEVERSON & WERSON
                                            A Professional Corporation


                                            By:    /s/ Peter H. Bales
                                                   Peter H. Bales

                                            Attorneys for Defendant
                                            WELLS FARGO FINANCIAL ACCEPTANCE
                                            MISSOURI, INC.



DATED: May 17, 2008                         LAW OFFICE OR RON BOCHNER


                                            By:    /s/ Ron Bochner
                                                   Ron Bochner

                                            Attorneys for Plaintiff
                                            RICHARD HOWARD


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

-2-