IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOWARD,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO FINANCIAL ACCEPTANCE, et al.,<br><br>    Defendants.                   / | No. C-07-05881 (EDL)<br><br>**ORDER REMOVING ACTION FROM EARLY NEUTRAL EVALUATION** |

    Pursuant to the May 19, 2008 stipulation submitted by the parties, this case is hereby removed from Early Neutral Evaluation. The parties shall be prepared to discuss alternative ADR options at the upcoming case management conference.

**IT IS SO ORDERED.**

Dated: May 20, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge