LAW OFFICE OF RON BOCHNER
Ron K. Bochner - 160093
3333 Bowers Avenue, Suite 130
Santa Clara, California 95054
(408) 200-9890
FAX: (510) 740-3699
robolaw@justice.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DIVISION OF CALIFORNIA

| | |
|---|---|
| RICHARD HOWARD, | Case No.   C07-05881 EDL |
| Plaintiff, | NOTICE OF MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY AND FOR SANCTIONS |
| vs. | |
| WELLS FARGO FINANCIAL MISSOURI, INC., WELLS FARGO FINANCIAL ACCEPTANCE, WELLS FARGO AUTO FINANCE, INC., WELLS FARGO FINANCIAL CAR, LLC, and DOES 1-50, | |
| | DATE:   July 15, 2008<br>TIME:   9:00 a.m. |
| Defendants. | DEPT.:   E |

_____/

　　PLEASE TAKE NOTICE that on July 15, 2008, or such date as the court may set, at 9:00 a.m. in Courtroom E of the above court, located at 450 Golden Gate Ave., San Francisco, California, Plaintiff Richard Howard will make the above entitled motion, pursuant to Federal Rules of Civil Procedure Rules 34, 36 and 37 and Local Rule 37.

　　The motion seeks an order compelling further responses to certain Requests for Admission and Demands for Documents.  This motion will be made on the ground that defendant Wells Fargo Missouri, Inc.'s responses to said Requests were insufficient under the law.  The motion will be based upon this notice, the attached points and authorities, the attached declaration

1  of Ron Bochner, the court file in this case and such other and further evidence as may be adduced
2  at or before any hearing on the matter.
3
4  June_____, 2008                    LAW OFFICE OF RON BOCHNER
5
6
7                                     BY _____
                                       RON K. BOCHNER
8                                      Attorney for Plaintiff
                                       Richard Howard
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26