1  LAW OFFICE OF RON BOCHNER
2  Ron K. Bochner - 160093
   3333 Bowers Avenue, Suite 130
3  Santa Clara, California 95054
   (408) 200-9890
4  FAX: (510) 740-3699
   robolaw@justice.com
5
   ATTORNEYS FOR PLAINTIFF
6

7           UNITED STATES DISTRICT COURT

8           NORTHERN DIVISION OF CALIFORNIA

9

10

11 RICHARD HOWARD,                          Case No.   C07-05881 EDL

12        Plaintiff,                        PROPOSED ORDER ON PLAINTIFF'S
                                            MOTION TO COMPEL FURTHER
13 vs.                                      RESPONSES TO DISCOVERY

14
   WELLS FARGO FINANCIAL MISSOURI,
15 INC., WELLS FARGO FINANCIAL
   ACCEPTANCE, WELLS FARGO AUTO
16 FINANCE, INC., WELLS FARGO
   FINANCIAL CAR, LLC, and DOES 1-50,
17                                          DATE:    July 15, 2008
                                            TIME:    9:00 a.m.
18        Defendants.                       DEPT.:   E

19 _____/

20     This matter came up for hearing on July 15, 2008. Both parties having submitted

21 argument by and through counsel and argument being taken, the court ORDERS as follows:

22     Defendant WELLS FARGO FINANCIAL MISSOURI, INC. AKA WELLS FARGO

23 FINANCIAL ACCEPTANCE, INC. ("Defendant") is ordered to amend its responses, without

24 objection, to all Requests for Admission and Requests for Documents in dispute in full, and

25 produce all documents, within _____ days.

26     In specific regard to the responses to the Requests for Documents, to the extent Defendant

   contends it has responded, it shall amend its responses to indicate where the documents can be

1  found. It shall do so in regard to all future responses to Requests for Documents or supplemental
2  responses.

5  _____, 2008                    BY _____
                                              MAGISTRATE ELIZABETH D. LAPORTE