In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date: June 10, 2008

Case No:  **C-07-05881 EDL**

Case Name:  **RICHARD HOWARD v. WELLS FARGO FINANCIAL ACCEPTANCE**

| | | |
|---|---|---|
| Attorneys: | Pltf: Ron Bochner (phone) | Deft: Mark Lonegran, Peter Bales |
| Deputy Clerk: | Lili M. Harrell | FTR Digital Recorder: 10:16am-10:26am (Time: 10 min) |

**PROCEEDINGS:**
   Further Case Management Conference - Held

**ORDERED AFTER HEARING:**
 - This matter is referred to a magistrate judge to conduct a settlement conference.
 - Briefing for Plaintiff's Motion to Compel: Opposition due June 24, 2008 and reply brief due July 1, 2008. Motion hearing is reset to **July 22, 2008** at 9:00am. The Court will notify the parties if a hearing is not necessary.

**Order to be prepared by:**  [] Plntf  [] Deft  []  Court

**Case continued to:**

**Notes:** The parties may discuss any requests for extensions of dispositive motion and trial dates at the upcoming hearing on the discovery motion, and if no hearing is necessary, they may file something jointly regarding their requests re dates.

cc: Wings