**EXHIBIT A**

*Law Offices of Ron Bochner*
*3333 Bowers Avenue, Suite 130*
*Santa Clara, California 95054*
*408-200-9890*

VIA FACSIMILE (415-956-0439) & U.S. MAIL

April 18, 2008

Mark D. Lonergan, Esq.
Peter H. Bales, Esq.
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

     Re:   *Howard v. Wells Fargo Financial Missouri, Inc.* Northern Dist. of California
           Case No. C07-05881 EDL

Counsel:

I have received the 8 pages of documents you provided in apparent response to plaintiff's
Request for Documents, Set One. Please confirm this is all Wells Fargo will produce in this
matter. You have entirely failed to produce documents on broad swaths of fundamental
relevance and it appears you or your client are either negligent in understanding your duty or are
deliberately withholding relevant documents.

In regard to the indeterminate delay you expressed an intention to indulge in, you promised to get
all responses in a certain time. Now you appear to breach that promise. You informed the court
this matter would be ready for very early summary judgment but cannot even complete basic
discovery response in a timely fashion. If the bank's contact was to be out of town, you should
have determined that when you made your promises. Please provide an exact date when you will
respond as promised by day's end.

If you have any question do not hesitate to call.

Very truly yours,

Ron Bochner
RB

**EXHIBIT "A"**