**EXHIBIT B**

*Law Offices of Ron Bochner*
*3333 Bowers Avenue, Suite 130*
*Santa Clara, California 95054*
*408-200-9890*

VIA FACSIMILE (415-956-0439) & U.S. MAIL

April 23, 2008

Mark D. Lonergan, Esq.
Peter H. Bales, Esq.
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

    Re:    *Howard v. Wells Fargo Financial Missouri, Inc.* Northern Dist. of California
                  Case No. C07-05881 EDL

Counsel:

I have no response to my letter of April 18, 2008 and assume you will not provide a date. I will assume your answers are complete if I do not have a date for full and final completion by 5:00 p.m. today, by facsimile, 510-740-3699.

If you have any question do not hesitate to call.

Very truly yours,

Ron Bochner
RB

**EXHIBIT "B"**