# EXHIBIT C

Case 3:07-cv-05881-EDL   Document 41-4   Filed 06/24/2008   Page 1 of 3

*Law Offices of Ron Bochner*
*3333 Bowers Avenue, Suite 130*
*Santa Clara, California 95054*
*408-200-9890*

VIA FACSIMILE (415-956-0439) & U.S. MAIL

April 24, 2008

Mark D. Lonergan, Esq.
Peter H. Bales, Esq.
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

    Re:   *Howard v. Wells Fargo Financial Missouri, Inc.* Northern Dist. of California
            Case No. C07-05881 EDL

Counsel:

In regards your two letters of yesterday:

In regard to the first, I will assume your responses are permanent and stationary as of tomorrow and begin the required meet and confer process over the weekend. Please fax me any amended responses and documents at 510-740-3699.

I do not believe the FRCP envisions me having to deal with a moving target when you have no excuse for not timely and fully responding to discovery requests in the first instance, particularly given the extension of time to respond that was provided and your promises to do so. Moreover, as you know, you have simply refused and failed to respond to many of the discovery requests. This is unacceptable, particularly given the fast track you insisted upon in this case.

The second issue is answered by the first. I understand the ADR people are aware of Mr. Russo's conflict, but I also think that given your failure to respond to basic discovery, the ENE process would be of practically no value. I suspect that I will inform the court of this at our next CMC, scheduled for May 16, 2008.

**EXHIBIT "C"**

Letter to Severson
April 24, 2008
Page Two

The credit monitoring information went out to you yesterday.

If you have any question do not hesitate to call.

Very truly yours,

Ron Bochner
RB