**EXHIBIT G**

*Law Offices of Ron Bochner*
*3333 Bowers Avenue, Suite 130*
*Santa Clara, California 95054*
*408-200-9890*

VIA FACSIMILE (415-956-0439) & U.S. MAIL

May 9, 2008

Mark D. Lonergan, Esq.
Peter H. Bales, Esq.
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

Re:   *Howard v. Wells Fargo Financial Missouri, Inc.* Northern Dist. of California Case No. C07-05881 EDL

Counsel:

I have your letter regarding discovery. I appreciate your willingness to provide further responses to Requests 14-16. I disagree your objections were not, and are not now, boilerplate. You have the obligation to support your objections, did not do so when you first made them and have not now. Under *Burlington*, it appears you waived by your failure.

Your letter clearly indicates you have not formulated a response to our meet and confer efforts, and provides no indication that you have support for your objections. A tele- or other conference would be a waste of time when you have not even thought about the bases for your objections or responses. Moreover, given the fact you previously did not keep promises which were made in writing, I doubt that oral conversation would suffice. We would like to pin your client down as to what its position is in this case and on the discovery issues involved. We believe writings would be more appropriate to achieve this result. Finally, given the number of disputes, it will be difficult to transcribe a meet and confer session into a document useful to the Court should we have to file a motion.

Please attempt to send us something showing why you think what we said in our meet and confer is wrong and/or a promise, specific as to date and content, of what you will change and/or provide. Please let me know by Tuesday, May 13, 2008.

If you have any question do not hesitate to call.

Very truly yours,

Ron Bochner
RB

**EXHIBIT "G"**