DONALD J. QUERIO (State Bar No. 54367)
djq@severson.com
MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
PETER H. BALES (State Bar No. 251345)
phb@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO FINANCIAL
MISSOURI, INC., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOWARD,<br><br>   Plaintiff,<br><br>   vs.<br><br>WELLS FARGO FINANCIAL MISSOURI, INC., WELLS FARGO FINANCIAL ACCEPTANCE, WELLS FARGO AUTO FINANCE, INC., WELLS FARGO FINANCIAL CAR, LLC, and DOES 1-50,<br><br>   Defendants. | Case No.: CO7-05881 EDL<br><br>**DECLARATION OF MARK D. LONERGAN IN SUPPORT OF WELL FARGO'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY**<br><br>Hearing Date: July 22, 2008<br>Time: 9:00 a.m.<br>Dept.: E<br>Judge: Hon. Elizabeth D. Laporte<br><br>Complaint Date: November 20, 2007 |

I, Mark D. Lonergan, declare as follows:

1. I am an attorney licensed to practice by the State of California and a member of the law firm of Severson & Werson, counsel of record for the Wells Fargo defendants in this case. I have personal knowledge of the following facts, and if called upon as a witness, I would testify truthfully with respect to the matters stated below.

2. On May 14, 2008, I participated in a telephonic conference call with my associate Peter Bales and plaintiff's counsel Ron Bochner. We (Wells Fargo) requested the call in order to

-2-

1  "meet and confer" with plaintiff about his discovery requests and Wells Fargo's
2  objections/responses to those requests. After approximately thirty minutes, I came to the
3  conclusion that the call was not going to be productive, in terms of resolving any discovery
4  disputes. I explained this to plaintiff's counsel, and I ended the call. Following that call, I sent
5  plaintiff's counsel a letter summarizing our meet and confer efforts, including what was discussed
6  during the conference call. A true and correct copy of my May 14, 2008 letter is attached as
7  Exhibit I. That letter accurately sets forth what happened before and during our "meet and
8  confer" conference call.
9        I declare under penalty of perjury that the foregoing is true and correct. Executed within
10 the United States on June 24, 2008.

11                                    By: /S/ Mark D. Lonergan
12                                          Mark D. Lonergan