UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**ELIZABETH D. LAPORTE**                                        **Date:  July 22, 2008**
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**       C-07-05881 EDL

**Title:**         RICHARD HOWARD v WELLS FARGO FINANCIAL ACCEPTANCE, ET AL

**Attorneys:**     Plaintiff:  Ron Bochner          Defendant: Peter Bales

**Deputy Clerk:**      Lili M. Harrell              **Court Reporter:**  Sahar McVickar
                                                     (Time: 18 )

**PROCEEDINGS:**                                      **RULINGS:**

Plaintiff's Motion to Compel                          Denied


**ORDERED AFTER HEARING:**


**ORDER TO BE PREPARED BY:**  [ ]  Plaintiff  [ ]  Defendant  [X]  Court

**Case Continued to:**

Notes:


cc: