DONALD J. QUERIO (State Bar No. 54367)
djq@severson.com
MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
PETER H. BALES (State Bar No. 251345)
phb@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
WELLS FARGO FINANCIAL
MISSOURI, INC., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOWARD,<br><br>        Plaintiff,<br><br>    vs.<br><br>WELLS FARGO FINANCIAL MISSOURI, INC., WELLS FARGO FINANCIAL ACCEPTANCE, WELLS FARGO AUTO FINANCE, INC., WELLS FARGO FINANCIAL CAR, LLC, and DOES 1-50,<br><br>        Defendants. | Case No.:  CO7-05881 EDL (BZ)<br><br>**STIPULATION OF PARTIES TO CHANGE DATE SET FOR MANDATORY SETTLEMENT CONFERENCE**<br><br>Settlement Conference Date:<br>August 19, 2008<br>Time:  9:00 a.m.<br>Dept.:  G<br>Judge:  Hon. Bernard Zimmerman<br><br>Complaint Date:  November 20, 2007 |

     The parties, by and through their respective counsel, hereby stipulate and request the Court to change the date currently set for the settlement conference for the following reasons:

     1.    On June 18, 2008 Judge Zimmerman issued an "Order Scheduling Settlement Conference" which set the date for August 19, 2008.

     2.    Counsel for Wells Fargo is not available on August 19, 2008 because of a mandatory settlement conference for another action which is set to take place in El Dorado County Superior Court and which was scheduled prior to Judge Zimmerman's order.

3.      On July 15, 2008 Wells Fargo filed a motion for administrative relief requesting that the Court change the date for the settlement conference.

4.      That same day counsel for Wells Fargo was contacted by the clerk for the Court who advised Wells Fargo that the Court was willing to change the date for the settlement conference to August 29, 2008 and would require the parties to file this stipulation in order to have the date changed.

5.      For the foregoing reasons, the parties stipulate and request the Court to change the date set for the settlement conference to August 29, 2008.  The parties also request that the Court order that all deadlines corresponding to the settlement conference shall be changed to reflect the new date.

DATED:  August 13, 2008              SEVERSON & WERSON
A Professional Corporation

By: _____ /s/  Peter H. Bales _____
                         Peter H. Bales

Attorneys for Defendant
WELLS FARGO FINANCIAL MISSOURI, INC.

DATED:  August 13 , 2008            LAW OFFICE OR RON BOCHNER

By: _____ /s/  Ron Bochner _____
                         Ron Bochner

Attorneys for Plaintiff
RICHARD HOWARD

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

1
2
3
4
## [PROPOSED] ORDER
5
      Based upon the stipulation of the parties, the request that the date for the settlement
6
conference be changed is GRANTED.  The settlement conference is now scheduled for **August**
7
**29, 2008 at 9:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue,
8
San Francisco, California.  All deadlines corresponding to the settlement conference shall be
9
changed to reflect the new date.
10
      IT IS SO ORDERED.
11
12
13
Dated: _____, 2008    _____
14
                                             Magistrate Judge
                                           United States District Court
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07515/0096/679901.1                                        Stipulation to Change Date for Settlement Conference
                                                              Case No.:  CO7-05881 EDL