1  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
2  PETER H. BALES (State Bar No. 251345)
   phb@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendants
7  WELLS FARGO FINANCIAL
   MISSOURI, INC., et al.
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | RICHARD HOWARD, | Case No.: CO7-05881 EDL (BZ) |
|---|---|---|
| 13 | Plaintiff, | **STIPULATION OF PARTIES TO CONTINUE DEADLINE FOR NON-EXPERT DISCOVERY AND [PROPOSED] ORDER** |
| 14 | vs. | |
| 15 | WELLS FARGO FINANCIAL MISSOURI, INC., WELLS FARGO FINANCIAL ACCEPTANCE, WELLS FARGO AUTO FINANCE, INC., WELLS FARGO FINANCIAL CAR, LLC, and DOES 1-50, | |
| 18 | Defendants. | Complaint Date:  November 20, 2007 |

19

20      The parties, by and through their respective counsel, hereby stipulate and request the

21 Court to continue the deadline set for non-expert discovery for good cause as shown below:

22      1.   On February 29, 2008 the Court ordered that all non-expert discovery be

23 completed on or before August 18, 2008.

24      2.   In light of the discovery disputes that have taken place, the parties have not

25 commenced depositions.  Plaintiff has noticed the deposition of the person(s) most

26 knowledgeable from Wells Fargo for August 18, 2008; however, given the difficulties in locating

27 the appropriate person(s) Wells Fargo will require additional time to locate the person beyond the

28 non-expert discovery deadline.

1      3.    For the foregoing reasons, the parties stipulate and request the Court to continue the deadline for non-expert discovery until September 30, 2008.  Since additional discovery will be conducted, the parities further request that the Court continue the deadline for hearing dispositive motions from October 7, 2008 to November 7, 2008.

Respectfully submitted.

DATED:  August 13, 2008            SEVERSON & WERSON
A Professional Corporation

By:      /s/  Peter H. Bales
           Peter H. Bales

Attorneys for Defendant
WELLS FARGO FINANCIAL MISSOURI, INC.

DATED:  August 13, 2008            LAW OFFICE OR RON BOCHNER

By:      /s/  Ron Bochner
           Ron Bochner

Attorneys for Plaintiff
RICHARD HOWARD

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

## [PROPOSED] ORDER

Based upon the stipulation of the parties, the request that the deadline for non-expert discovery be continued is GRANTED. All non-expert discovery shall be completed no later than **September 30, 2008**. The last day for hearing dispositive motions shall now be **November 7, 2008**.

IT IS SO ORDERED.

Dated: _____, 2008    _____
                                           Magistrate Judge
                                           United States District Court

- 3 -

07515/0096/683562.1                                                    Stipulation
                                                           Case No.: CO7-05881 EDL