```
 1  MARK D. LONERGAN (State Bar No. 143622)
     mdl@severson.com
 2  PETER H. BALES (State Bar No. 251345)
     phb@severson.com
 3  SEVERSON & WERSON
     A Professional Corporation
 4  One Embarcadero Center, Suite 2600
     San Francisco, CA  94111
 5  Telephone:  (415) 398-3344
     Facsimile:  (415) 956-0439
 6
     Attorneys for Defendants
 7  WELLS FARGO FINANCIAL
     MISSOURI, INC., et al.
 8
```

9        UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | RICHARD HOWARD, | Case No.: CO7-05881 EDL (BZ) |
|---|---|---|
| 13 | Plaintiff, | **STIPULATION OF PARTIES TO CONTINUE DEADLINE FOR NON-EXPERT DISCOVERY AND [PROPOSED] ORDER** |
| 14 | vs. | |
| 15 | WELLS FARGO FINANCIAL MISSOURI, INC., WELLS FARGO FINANCIAL ACCEPTANCE, WELLS FARGO AUTO FINANCE, INC., WELLS FARGO FINANCIAL CAR, LLC, and DOES 1-50, | |
| 18 | Defendants. | Complaint Date:  November 20, 2007 |

20     The parties, by and through their respective counsel, hereby stipulate and request the

21 Court to continue the deadline set for non-expert discovery for good cause as shown below:

22     1.    On February 29, 2008 the Court ordered that all non-expert discovery be

23 completed on or before August 18, 2008.

24     2.    In light of the discovery disputes that have taken place, the parties have not

25 commenced depositions.  Plaintiff has noticed the deposition of the person(s) most

26 knowledgeable from Wells Fargo for August 18, 2008; however, given the difficulties in locating

27 the appropriate person(s) Wells Fargo will require additional time to locate the person beyond the

28 non-expert discovery deadline.

3. For the foregoing reasons, the parties stipulate and request the Court to continue the deadline for non-expert discovery until September 30, 2008. Since additional discovery will be conducted, the parities further request that the Court continue the deadline for hearing dispositive motions from October 7, 2008 to November 7, 2008.

Respectfully submitted.

DATED: August 13, 2008             SEVERSON & WERSON
                                   A Professional Corporation


                                   By:      /s/  Peter H. Bales
                                                 Peter H. Bales

                                   Attorneys for Defendant
                                   WELLS FARGO FINANCIAL MISSOURI, INC.


DATED: August 13, 2008              LAW OFFICE OR RON BOCHNER


                                   By:      /s/  Ron Bochner
                                                 Ron Bochner

                                   Attorneys for Plaintiff
                                   RICHARD HOWARD


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

- 3 -

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, the request that the deadline for non-expert discovery be continued is GRANTED. All non-expert discovery shall be completed no later than **September 30, 2008**. The last day for hearing dispositive motions shall now be **November 7, 2008**.

IT IS SO ORDERED.

Dated: ___August 14_____, 2008    _____
                                          Magistrate
                                          United
                                          *Elizabeth D. Laporte*
                                          Judge Elizabeth D. Laporte

IT IS SO ORDERED