MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
PETER H. BALES (State Bar No. 251345)
phb@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO FINANCIAL
MISSOURI, INC., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOWARD,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO FINANCIAL MISSOURI, INC., WELLS FARGO FINANCIAL ACCEPTANCE, WELLS FARGO AUTO FINANCE, INC., WELLS FARGO FINANCIAL CAR, LLC, and DOES 1-50,<br><br>Defendants. | Case No.: C07-05881 EDL (BZ)<br><br>**MOTION TO REMOVE INCORRECTLY FILED DOCUMENT AND [PROPOSED] ORDER**<br><br><br>Complaint Date: November 20, 2007 |

Document number 50 on the docket for this case is an incorrectly filed document and therefore should be removed from the Court's file and docket and the Court should disregard it.

Respectfully submitted.

DATED: August 15, 2008

SEVERSON & WERSON
A Professional Corporation

By: _____/s/ Peter H. Bales_____
                           Peter H. Bales

Attorneys for Defendant
WELLS FARGO FINANCIAL MISSOURI, INC.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Stipulation
Case No.: CO7-05881 EDL

## [PROPOSED] ORDER

Based upon the Motion, the request that document number 50 be removed from the court's file and docket and be disregarded is GRANTED.

IT IS SO ORDERED.


Dated: August ____, 2008          _____
                                    Magistrate Judge
                                    United States District Court

- 2 -

07515/0096/684270.1

Stipulation
Case No.: CO7-05881 EDL