1 MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
2 PETER H. BALES (State Bar No. 251345)
phb@severson.com
3 SEVERSON & WERSON
A Professional Corporation
4 One Embarcadero Center, Suite 2600
San Francisco, CA 94111
5 Telephone: (415) 398-3344
Facsimile: (415) 956-0439
6
Attorneys for Defendants
7 WELLS FARGO FINANCIAL
MISSOURI, INC, et al.
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOWARD,<br><br>        Plaintiff,<br><br>    vs.<br><br>WELLS FARGO FINANCIAL MISSOURI, INC., WELLS FARGO FINANCIAL ACCEPTANCE, WELLS FARGO AUTO FINANCE, INC., WELLS FARGO FINANCIAL CAR, LLC, and DOES 1-50,<br><br>        Defendants. | Case No.: CO7-05881 EDL<br><br>**DECLARATION OF RYAN BOWIE IN SUPPORT OF WELL FARGO'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY**<br><br>Dept.: E<br>Judge: Hon. Elizabeth D. Laporte<br><br>Complaint Date: November 20, 2007 |

I, Ryan Bowie, declare as follows:

1.  I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") as an Operations Manager. Except as otherwise specifically stated in this Declaration, the facts set forth herein are based on personal knowledge and based on my review of the files relating to this account and if called as a witness I could and would be competent to testify to those facts.

2.  In response to plaintiff's requests for documents, which I have read and reviewed, Wells Fargo has performed a diligent search by searching for all documents responsive to the requests which were not objectionable. Wells Fargo searched relevant divisions within its

07515/0096/676456.1                                                Declaration
                                                            Case No.: CO7-05881 EDL

1  company, which included Wells Fargo's credit dispute and fraud departments. The search
2  included a review of all relevant hardcopy files as well as the electronically stored files.

3.  To date, Wells Fargo has produced documents bates numbered WFFRH0001-0423. The categories for which document production has been completed include the following: policy and procedural manuals, record retention policies, organizational charts, profit and loss statements, quarterly current balance sheets and financial statements, and all other documents relating to plaintiff's credit file.

4.  Wells Fargo has no responsive documents to request No. 59 in its possession, custody and control.

5.  If Wells Fargo were compelled to produce all responsive documents to request No. 68 it would cause undue hardship and expense on Wells Fargo. First, Wells Fargo would need to locate every employee of Wells Fargo who took any action with regard to the reinvestigation that took place for plaintiff in 2007 and 2008. Wells Fargo is currently unaware of a simplified process to identify such employees. Second, Wells Fargo would need to locate every performance evaluation ever completed for each of those employees. This entire process could potentially take weeks if not months to complete, costing Wells Fargo both time and expense.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 19th day of August, 2008, at Chester, Pennsylvania.

By: /S/ Ryan Bowie
    Ryan Bowie

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

-2-

07515/0096/676456.1                                                Declaration
                                                          Case No.: C07-05881EDL