1  Ron Bochner, Esq. #160093
   LAW OFFICES OF RON BOCHNER
2  3333 Bowers Avenue, Suite 130
   Santa Clara, California 95054
3  (408) 200-9890
   robolaw@justice.com
4

5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9  RICHARD HOWARD,                    Case No.: CO7-05881 EDL

10        Plaintiff,                  **STIPULATION TO CONTINUE
                                       SETTLEMENT CONFERENCE DATE;**
11                                    **ORDER**
      vs.
12

13 WELLS FARGO, et. al               Dept.: G
                                     Judge: Hon. Bernard Zimmerman
14
                                     Complaint Filed: November 20, 2007
15        Defendants.

16
          Per the Court's Order of June 18, 2008, the parties were to attend a Settlement
17
   Conference on August 29, 2008. As discovery issues remain and the court stated its intention
18
   that discovery be substantially complete before the Conference took place, the parties agree to
19
   continue the Settlement Conference date to October 10, 2008
20
          Respectfully submitted.
21

22

23 DATED: _____, 2008        SEVERSON & WERSON
                                      A Professional Corporation
24

25
                                      By:_____
26                                           Peter H. Bales

27                                    Attorneys for Defendant
                                      WELLS FARGO FINANCIAL ACCEPTANCE,
28                                    WELLS FARGO AUTO FINANCE, INC.,
                                      WELLS FARGO FINANCIAL CAR, LLC

07515/0096/658229.1                   STIPULATION RE SETTLEMENT CONFERENCE.
                                      AND ORDER Case No.: CO7-05881 EDL

DATED: _____, 2008          LAW OFFICE OR RON BOCHNER

By: _____
          Ron Bochner

Attorneys for Plaintiff
RICHARD HOWARD

ORDER GRANTING CONTINUANCE OF SETTLEMENT CONFERENCE DATE

The parties having so stipulated, the Settlement Conference previously scheduled for 9:00 a.m. on August 29, 2008 in Department G of this Court is continued to the same time and location on October 10, 2008. The Scheduling Order re Settlement Conference of June 18, 2008 shall otherwise remain in full force and effect.

DATED: _____          _____
                                           Bernard Zimmerman
                                           United States Magistrate Judge