1 | Ron Bochner, Esq. #160093
LAW OFFICES OF RON BOCHNER
2 | 3333 Bowers Avenue, Suite 130
Santa Clara, California 95054
3 | (408) 200-9890
robolaw@justice.com
4

5

6 | UNITED STATES DISTRICT COURT

7 | NORTHERN DISTRICT OF CALIFORNIA

8

9 | RICHARD HOWARD,                    Case No.: CO7-05881 EDL

10 |         Plaintiff,                **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE DATE; ORDER**

11 |

12 |     vs.

13 | WELLS FARGO, et. al              Dept.: G
                                      Judge: Hon. Bernard Zimmerman
14
                                      Complaint Filed: November 20, 2007
15 |         Defendants.

16

17 |     Per the Court's Order of June 18, 2008, the parties were to attend a Settlement

18 | Conference on August 29, 2008. As discovery issues remain and the court stated its intention

19 | that discovery be substantially complete before the Conference took place, the parties agree to

20 | continue the Settlement Conference date to October 10, 2008

21 |     Respectfully submitted.

22

23 | DATED: _____, 2008          SEVERSON & WERSON
                                           A Professional Corporation
24

25

26                                         By:_____
                                                Peter H. Bales
27                                         Attorneys for Defendant
                                           WELLS FARGO FINANCIAL ACCEPTANCE,
28                                         WELLS FARGO AUTO FINANCE, INC.,
                                           WELLS FARGO FINANCIAL CAR, LLC

07515/0096/658229.1                          STIPULATION RE SETTLEMENT CONFERENCE.
                                             AND ORDER Case No.: CO7-05881 EDL

DATED: _____, 2008          LAW OFFICE OR RON BOCHNER

By: _____
    Ron Bochner

Attorneys for Plaintiff
RICHARD HOWARD

ORDER GRANTING CONTINUANCE OF SETTLEMENT CONFERENCE DATE

    The parties having so stipulated, the Settlement Conference previously scheduled for 9:00 a.m. on August 29, 2008 in Department G of this Court is continued to the same time and location on October 10, 2008. The Scheduling Order re Settlement Conference of June 18, 2008 shall otherwise remain in full force and effect.

DATED: August 21, 2008

**DENIED**

Bernard Zimmerman
United States Magistrate Judge

*[Seal: United States District Court, Northern District of California — Judge Bernard Zimmerman]*