1  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
2  PETER H. BALES (State Bar No. 251345)
   phb@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendants
7  WELLS FARGO FINANCIAL
   MISSOURI, INC., et al.
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOWARD, | Case No.: C07-05881 EDL (BZ) |
| Plaintiff, | **MOTION TO REMOVE INCORRECTLY FILED DOCUMENT AND [PROPOSED] ORDER** |
| vs. | |
| WELLS FARGO FINANCIAL MISSOURI, INC., WELLS FARGO FINANCIAL ACCEPTANCE, WELLS FARGO AUTO FINANCE, INC., WELLS FARGO FINANCIAL CAR, LLC, and DOES 1-50, | |
| Defendants. | Complaint Date: November 20, 2007 |

Document number 59 on the docket for this case is an incorrectly filed document and therefore should be removed from the Court's file and docket and the Court should disregard it.

Respectfully submitted.

DATED: August 25, 2008                    SEVERSON & WERSON
                                          A Professional Corporation


                                          By: /s/ Peter H. Bales
                                                 Peter H. Bales

                                          Attorneys for Defendants
                                          WELLS FARGO FINANCIAL MISSOURI, INC.
                                          WELLS FARGO FINANCIAL ACCEPTANCE
                                          WELLS FARGO AUTO FINANCE, INC.
                                          WELLS FARGO FINANCIAL CAR, LLC

**[PROPOSED] ORDER**

Based upon the Motion, the request that document number 59 be removed from the court's file and docket and be disregarded is GRANTED.

IT IS SO ORDERED.

Dated: August ____, 2008

_____
Magistrate Judge
United States District Court