1  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
2  PETER H. BALES (State Bar No. 251345)
   phb@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendants
7  WELLS FARGO FINANCIAL
   MISSOURI, INC., et al.
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOWARD, | Case No.: C07-05881 EDL (BZ) |
| Plaintiff, | **MOTION TO REMOVE INCORRECTLY FILED DOCUMENT AND [PROPOSED] ORDER** |
| vs. | |
| WELLS FARGO FINANCIAL MISSOURI, INC., WELLS FARGO FINANCIAL ACCEPTANCE, WELLS FARGO AUTO FINANCE, INC., WELLS FARGO FINANCIAL CAR, LLC, and DOES 1-50, | |
| Defendants. | Complaint Date: November 20, 2007 |

Document number 59 on the docket for this case is an incorrectly filed document and therefore should be removed from the Court's file and docket and the Court should disregard it.

Respectfully submitted.

DATED: August 25, 2008                 SEVERSON & WERSON
                                       A Professional Corporation


                                       By: /s/ Peter H. Bales
                                              Peter H. Bales

                                       Attorneys for Defendants
                                       WELLS FARGO FINANCIAL MISSOURI, INC.
                                       WELLS FARGO FINANCIAL ACCEPTANCE
                                       WELLS FARGO AUTO FINANCE, INC.
                                       WELLS FARGO FINANCIAL CAR, LLC

07515/0096/685237.1                    Motion to Remove Incorrectly Filed Document and [Proposed] Order
                                                                         Case No.: C07-05881 EDL

## [PROPOSED] ORDER

Document No. 59 having been erroneously filed, IT IS HEREBY ORDERED that the document shall be SEALED.

~~Based upon the Motion, the request that document number 59 be removed from the court's file and docket and be disregarded is GRANTED.~~

~~IT IS SO ORDERED.~~

Dated: August 28, 2008

*/s/ Bernard Zimmerman*
Magistrate Judge
United States District Court

IT IS SO ORDERED
*/s/ Bernard Zimmerman*
Judge Bernard Zimmerman
(Seal: United States District Court, Northern District of California)

-2-

07515/0096/685237.1

Motion to Remove Incorrectly Filed Document and [Proposed] Order
Case No.: C07-05881 EDL