# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: Friday, Aug. 29, 2008 @ 9:00 a.m.

TIME: 3 Hours

**TITLE OF CASE:**     **DOCKET NO.:**

Howard v. Wells Fargo Financial, et al.   C07-5881 EDL (BZ)   ☒ referral

**ATTORNEY(S) FOR PLAINTIFF(S):**   **ATTORNEY(S) FOR DEFENDANT(S):**

Ron Bochner      Peter H. Bales; Mark d. Lonergan

COURT REPORTER/TAPE NO., SIDE, REEL NO.:

**PROCEEDINGS**

- ☐ NONDISPOSITIVE MOTION
    - ☐ CONTESTED
    - ☐ UNCONTESTED
- ☐ DISPOSITIVE MOTION
- ☐ EVIDENTIARY HEARING
- ☐ FEE APPLICATION
- ☐ STATUS CONFERENCE

- ☐ INITIAL PRETRIAL CONFERENCE (CMC)
- ☐ DISCOVERY CONFERENCE
- ☒ SETTLEMENT CONFERENCE
- ☐ FINAL PRETRIAL CONFERENCE
- ☐ MOTION HEARING/ARGUMENT
- ☐ IRS ENFORCEMENT ORDERS
- ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY: ☐ PLAINTIFF     ☐ DEFENDANT     ☐ COURT

CASE CONTINUED TO:

**NOTES**

Case did not settle.