UNITED STATES DISTRICT COURT

NORTHERN DIVISION OF CALIFORNIA

| | |
|---|---|
| RICHARD HOWARD, | Case No.  C07-05881 EDL |
| Plaintiff, | PROPOSED ORDER EXTENDING TIME FOR COMPLETION OF DISCOVERY |
| vs. | |
| WELLS FARGO FINANCIAL MISSOURI, INC., WELLS FARGO FINANCIAL ACCEPTANCE, WELLS FARGO AUTO FINANCE, INC., WELLS FARGO FINANCIAL CAR, LLC, and DOES 1-50, | DATE:      NO HEARING PER<br>TIME:      LOCAL RULE 6-1<br>DEPT.:     E |
| Defendants. | |

The court having reviewed Plaintiff's Motion to Extend Time to Complete Discovery, the court extends the discovery cut off to October 8, 2008.  The date for hearing dispositive motions shall remain November 7, 2008.  The time to file and serve such motions shall be shortened to 24 days before the hearing date (October 14, 2008 (13th is Columbus Day), Oppositions shall be filed and served 14 days before the hearing date (October 24, 2008) and Replies filed and served 7

//
//
//

Law Office of Ron Bochner, 3333 Bowers Ave., Suite 130, Santa Clara, CA 95054
(408) 200-9890

1

1  days (October 31, 2008) before hearing date.

2

3  September_____, 2008

4

5                    BY_____
                     ELIZABETH D. LAPORTE
                     UNITED STATES MAGISTRATE JUDGE