**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOWARD, | No. C-07-05881 (EDL) |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO EXTEND TIME FOR COMPLETION OF DISCOVERY** |
| v. | |
| WELLS FARGO FINANCIAL ACCEPTANCE, | |
| Defendant. | |

Plaintiff filed a motion to extend time for completion of discovery, which Defendant opposed. Plaintiff's motion is DENIED. The discovery cut-off has already been extended once in this case, and Plaintiff has neither identified any prejudice that will result from keeping the current cut-off date nor explained why he waited to propound his second set of requests for admission or deposition notices.

**IT IS SO ORDERED.**

Dated: September 16, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge