IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOWARD,<br><br>        Plaintiff,<br><br>  v.<br><br>WELLS FARGO FINANCIAL ACCEPTANCE, et al.,<br><br>        Defendants.                    / | No. C-07-5881 EDL<br><br>**ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE** |

The Court held a further case management conference on October 17, 2008. As stated at the conference, the Court issues the following order:

1. The parties shall file their opening briefs for cross-motions no later than November 7, 2008.
2. Opposition briefs shall be filed no later than November 14, 2008.
3. Hearing on the parties' cross-motions is scheduled for December 2, 2008 at 9:00 a.m.
4. The pretrial conference is continued to January 13, 2009 at 3:00 p.m.
5. Trial is continued to February 2, 2009 at 8:30 a.m.
6. In all other respects, the Court's Case Management and Pretrial Order for Trial remains in effect.

**IT IS SO ORDERED.**

Dated: October 20, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge