**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOWARD, | No. C-07-05881 EDL |
| Plaintiff, | **ORDER CONTINUING TRIAL DATE** |
| v. | |
| WELLS FARGO FINANCIAL ACCEPTANCE, | |
| Defendant. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to a scheduling conflict that has arisen with the Court, jury trial will begin on **March 23, 2009 at 8:30 a.m.** in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. Any party who wants to order a daily transcript must notify the Court Reporter Supervisor at least two weeks before the trial. The length of the trial will not be more than 3 days.

Pretrial Conference shall be held on March 3, 2009 at 2:00 p.m. **Each party shall attend personally or by lead counsel who will try the case.**

All other provisions of this Court's Case Management and Pretrial Order for Jury Trial, document number 19, shall remain in effect.

**IT IS SO ORDERED.**

Dated: December 12, 2008

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge