LAW OFFICE OF RON BOCHNER
Ron K. Bochner - 160093
3333 Bowers Avenue, Suite 130
Santa Clara, California 95054
(408) 200-9890

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DIVISION OF CALIFORNIA

| | |
|---|---|
| RICHARD HOWARD, | Case No. CV 07-05881 EDL |
| Plaintiff, | NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT |
| vs. | |
| WELLS FARGO FINANCIAL MISSOURI, INC. aka WELLS FARGO FINANCIAL ACCEPTANCE, INC. | |
| Defendants. | |

Plaintiff Richard Howard hereby notifies Wells Fargo Defendants that he accepts the Rule 68 Offer of Judgment as set forth in said offer dated December 11, 2008.

December 22, 2008         LAW OFFICE OF RON BOCHNER

BY
RON K. BOCHNER
Attorney for Plaintiff
Richard Howard

## CERTIFICATE OF SERVICE BY FACSIMILE AND MAIL

I, Ron Bochner declare as follows:

I am a citizen of the United States over the age of 18 years and not a party to this action. I am readily familiar with the practice for collection and procession of correspondence for mailing with the United States Postal Service.

The document(s) and name and address of the person served as shown on the envelope(s) are set forth below.

On December 22, 2008 the envelope(s) were sealed and served as follows:

DOCUMENT SERVED:

PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Placed for First Class Mail with the United States Postal Service following ordinary business practice:

Peter Bales, Esq.
Mark Lonergan, Esq.
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

VIA FACSIMILE 415-956-0439

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 22, 2008.

Ron Bochner