UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOWARD<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO FINANCIAL MISSOURI, INC., ET AL.<br><br>    Defendants.<br>_____/ | No. C 07-05881 EDL<br><br>JUDGMENT |

On December 22, 2008, Defendants filed the Notice of Acceptance of Offer of Judgment pursuant to Federal Rules of Civil Procedure Rule 68. Consequently, IT IS ORDERED, ADJUDGED AND DECREED THAT judgment be entered in favor of Plaintiff and against Defendants in the amount of $15,000.00, which sum includes all costs and attorney fees otherwise recoverable in this action, and that the parties shall bear their own costs and attorneys' fees, except as specified herein.

IT IS SO ORDERED AND ADJUDGED.

Dated: January 5, 2009

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

Judg.For